IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR R. ANDERSON,

        Petitioner,                 No. 2:99-cv-1086 JAM JFM (HC)

    vs.

CAL TERHUNE, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 16, 2009 denial of his application for a writ of habeas corpus together with a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        Petitioner seeks a certificate of appealability for eight claims. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in his claim of juror misconduct regarding the introduction of extrinsic almanac evidence.  For the reasons set forth in the magistrate judge's August 11, 2009 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right with respect to the other claims for which a certificate of appealability is sought.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 19, 2009 motion for a certificate of appealability granted as to petitioner's claim of juror misconduct regarding the introduction of extrinsic almanac evidence and denied in all other respects; and

2. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: November 24, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, at 1010.